Before ROBERT G. DOWD, JR. P.J. and MARY K. HOFF and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Gregory Bonnett ("Movant") appeals the denial of his Rule 29.15 motion for postconviction relief after an evidentiary hearing. Movant argues the motion court clearly erred in denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing because his trial counsel was ineffective for failing to introduce evidence of prior consensual sex with the victim to the jury.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

**J.T.V., Respondent,**

v.

**M.A.L., Appellant.**

**No. ED 97081.**

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 21, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2012.

Kruse, Reinker & Hamilton, LLC, Robert N. Hamilton, Jennifer R. Piper, John R. Fenley, St. Louis, MO, for Appellant.

The Marks Law Firm, LLC, Jonathan D. Marks, Creve Coeur, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

M.A.L. appeals from the judgment granting J.T.V.'s motion to dismiss his motion to modify child support without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. An extended opinion would have no precedential value or serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

**Ray Lynn RUFER, Appellant,**

v.

**Phil RAUCH, and Missouri Division of Employment Security, Respondents.**

**No. SD 31574.**

Missouri Court of Appeals, Southern District, Division Two.

March 15, 2012.